Same case below, 581 F.3d 1186.

**No. 10-6860. Anthony A. Birtha, Petitioner v. United States.**

562 U.S. 1035, 131 S. Ct. 582, 178 L. Ed. 2d 425, 2010 U.S. LEXIS 8770, ██

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 384 Fed. Appx. 351.

**No. 10-6862. LaDonna Mullins, Petitioner v. United States.**

562 U.S. 1035, 131 S. Ct. 582, 178 L. Ed. 2d 425, 2010 U.S. LEXIS 8696.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 613 F.3d 1273.

**No. 10-6868. Mauricio Alfonso Mazza-Alaluf, Petitioner v. United States.**

562 U.S. 1035, 131 S. Ct. 583, 178 L. Ed. 2d 425, 2010 U.S. LEXIS 8665.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 621 F.3d 205.

**No. 10-6875. Gerardo Grajeda, Petitioner v. United States.**

562 U.S. 1035, 131 S. Ct. 583, 178 L. Ed. 2d 425, 2010 U.S. LEXIS 8759.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-6876. Billy Ray Ross, Petitioner v. United States.**

562 U.S. 1036, 131 S. Ct. 583, 178 L. Ed. 2d 425, 2010 U.S. LEXIS 8768.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 385 Fed. Appx. 364.

**No. 10-6877. Jose Sanchez-Rebollar, Petitioner v. United States.**

562 U.S. 1036, 131 S. Ct. 583, 178 L. Ed. 2d 425, 2010 U.S. LEXIS 8698.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 386 Fed. Appx. 488.

**No. 10-6882. Bradley Shane Sheppard, Petitioner v. United States.**

562 U.S. 1036, 131 S. Ct. 583, 178 L. Ed. 2d 425, 2010 U.S. LEXIS 8760.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 390 Fed. Appx. 265.

**No. 10-6884. Ruben O. Sanchez, Petitioner v. United States.**

562 U.S. 1036, 131 S. Ct. 583, 178 L. Ed. 2d 425, 2010 U.S. LEXIS 8763.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.